Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-10, <br><br> Defendants. | **Case No. CV 11-2798 DSF (DTBx)** <br><br> **ORDER GRANTING FIRST MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants (the "Motion"), and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants is hereby GRANTED.

Case No.

2. Plaintiff shall have up through and including October 1, 2011, to serve Defendants.

**DONE AND ORDERED** this 21st day of July, 2011.

By *Dale S. Fischer*
**UNITED STATES DISTRICT JUDGE**

Case No.