Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1- 10,<br><br>Defendants. | Case No. 2:11-cv-02798-DSF -DTB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 1, 2, 3, 4, 5, 6, 7, 8, 9 AND 10** |
|---|---|

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>without prejudice</u> Does Defendants 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 who were assigned the IP Addresses 96.41.116.244, 70.181.248.189, 98.185.217.24, 108.0.24.100, 71.105.56.84, 71.107.136.34, 74.100.101.202, 74.111.218.118, 96.251.46.89 and 98.119.8.245. Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

Case No.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | By: */s/ Adam M. Silverstein* |
| 3 | Adam M. Silverstein (197638) |
| 4 | CAVALLUZZI & CAVALLUZZI |
| 5 | 9200 Sunset Boulevard, Suite 807 |
| 6 | Los Angeles, California 90069 |
| 7 | Telephone: (310) 246-2601 |
| 8 | Facsimile: (310) 246-2606 |
| 9 | Email: adam@cavalluzzi.com |
| 10 | *Attorneys for Plaintiff* |

Case No.